**JOSHUA GONZALEZ**
PRO SE LITIGANT
2434 SEVENTEENTH AVENUE NORTH
SAINT PETERSBURG, FLORIDA 33713-4904
3 1 8 2 2 5 6 8 1 3
JOSHUA.GONZALEZ-ECF@PROTON.ME



**PLAINTIFF**

## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOSHUA GONZALEZ,<br>      PLAINTIFF(S) | ) CASE NO.<br>)<br>) **8:2026-CV-01054-JLB-AEP**<br>) |
| VS. | )<br>) **NOTICE OF APPEAL (28 U.S.C.**<br>) **3; FED. R. APP. P. RULE 3,**<br>) **AND 24)** |
| LAKESIDE TOWNHOMES<br>ASSOCIATION, INC.<br>      DEFENDANT(S) | )<br>)<br>)<br>) |
| | 02 JULY 2026 - PLAINTIFF |

### NOTICE OF APPEAL

NOTICE IS, HEREBY, GIVEN THAT THE PLAINTIFF, JOSHUA GONZALEZ, IN PROPRIA PERSONA, APPEALS TO THE ELEVENTH CIRCUIT UNITED STATES COURT OF APPEALS FROM THE FINAL ORDER ISSUED BY JUSTICE JOHN LEONARD BADALAMENTI — [DOC. 22] — WHICH DENIED THE PLAINTIFF ACCESS TO THE UNITED STATES DISTRICT COURT CONSISTING OF ORDERS AND RECOMMENDATIONS TO PROHIBIT THE PRO SE ELECTRONIC FILING ACCESS THROUGH PUBLIC ACCESS TO COURT ELECTRONIC RECORDS (CM/ECF), FURTHER FAILING TO RESOLVE PENDING MATTERS SUCH AS THE

SEE. MOTION ORDER TO SHOW CAUSE — [DOC. 20] — "… THE UNITED STATES SUPREME COURT … CAUTIONED AGAINST "DRIVE-BY JURISDICTIONAL RULINGS" THAT CONFLATE THE ADEQUACY OF A CLAIM … SUMMUM JUS, SUMMA INJURIA … AN ABUSE OF JUDICIAL DISCRETION", REF. ARBAUGH (2006), CASE NO. 546 U.S. AT 511-516; THE PRESIDING JUSTICE DID NOT ENGAGE TO SUBSTANCE OF THE PLAINTIFF CONTENTION ON THE MERITS, ACTUAL NATURE OF CLAIM AS THE PLAINTIFF INTENDED.

PLAINTIFF WAIVER OF FEES AND COURT COSTS (IFP) AND EFFECTUATING FORMAL SERVICE UPON THE DEFENDANT(S), LAKESIDE TOWNHOMES ASSOCIATION, INC., OR ITS DISCLOSED REGISTERED AGENT(S), AND PROMPTLY ADVISING THE CLERK OF COURT AS TO STRIKE ANY FILINGS WITHOUT SUBSTANTIVE DUE PROCESS PROCEEDINGS GRANTABLE BY RIGHT.

THE PLAINTIFF ASSERTS THE DICTA OF PROTECTIONS FOR AN AMERICAN CITIZEN GOVERNED BY THE UNITED STATES CONSTITUTION ARTICLE IV SECTION 2 CLAUSE 1, THE PRIVILEGES AND IMMUNITIES CLAUSE, WHICH GUARANTEES THAT THE CITIZENS OF EACH STATE SHALL BE ENTITLED TO ALL PRIVILEGES AND IMMUNITIES OF CITIZENS IN THE VARIOUS STATES OF AMERICA. THIS INCORPORATES THE ABSOLUTE EQUALITY RIGHT, EXTENDING INTO THE MEANINGFUL ACCESS TO THE UNITED STATES FEDERAL COURTS PROVIDED BY THE UNITED STATES JUSTICE SYSTEMS AS TO SECURE THESE PROTECTIONS AFFORDED WITHOUT ARBITRARY INTERFERENCE OR PROCEDURAL OBSTRUCTION.

THIS NOTICE OF APPEAL ON THE FACE OF ITS VALUE IDENTIFIES THAT THE GUISE OF LAWFUL EXERCISE, CLOAKED IN ABSOLUTE JUDICIAL IMMUNITY AS AUTHORIZED BY THE CONSTITUTION OF THE UNITED STATES ARTICLE III, HAS SYSTEMATICALLY FAILED TO RECTIFY BLATANT VIOLATIONS OF THE SUPREME LAW OF THE LAND, FEDERAL STATUTORY SAFEGUARDS, AND THE CONSTITUTION OF THE STATE OF FLORIDA IN WHICH IT OPERATES. IT IS APPARENT THAT THE LOWER COURT ABANDONED THE MANDATORY POSITION OF JUSTICE AS A NEUTRAL ARBITRATOR, LEVERAGING THE INHERENT POWER OF THE JUDICIARY TO ITS OWN ADMINISTRATIVE INTERESTS. IN DOING SO, THE DISTRICT COURT WAS CONVERTED FROM A FEDERAL COURTROOM INTO AN ADVERSARIAL ARENA FOR CIVIL PROCEDURES STRICTLY ADMINISTERED BETWEEN THE PRO SE PLAINTIFF AND THE APPOINTED JUDICIARY. IN ITSELF, PRIOR TO ANY FORMAL APPEARANCE, COUNTER CLAIM, RESPONSE, OR OTHERWISE PLEADINGS BY THE ABOVE-REFERENCED DEFENDANT(S), LAKESIDE TOWNHOMES ASSOCIATION, INC., OR ITS DESCRIBED COUNSEL. THIS IS ULTIMATELY CONSIDERED PREMATURE ACTIONS THAT THWART THE JUDICIAL PROCESS, ESTABLISHING A HOSTILE ENVIRONMENT AND INTENTIONALLY DEFEATING THE VERY PURPOSE OR VALUE OF THE AMERICAN JUSTICE SYSTEM AND THE JUDICIALS ABSOLUTE DUTY TO HEAR PROCEEDINGS ON THE ACTUAL MERITS OF A CLAIM. THESE ACTIONS ARE SUPERFLUOUS, AN ONGOING DISCREPANCY WHICH DIRECTLY CONVEYS THE EXACT STRUCTURAL CONCERNS THAT IS ACTIVELY COMPELLING CONGRESSIONAL INTERVENTION, REF. SENATE 359, 575, 1814, 1908, 3059, AND 3914, INCLUDING THE HOUSE OF REPRESENTATIVES 926, 1203, 1811, 3513, 3973, 5720, 7692, AND 8098.

IN SHORT, CONGRESS, THROUGH THE USE OF AN OFFICE OF INSPECTOR GENERAL SEEKS TO ESTABLISH AN INDEPENDENT WATCHDOG OVERSIGHT

**PLAINTIFF NOTICE OF APPEAL**

COMMITTEE THAT ASSUMES RESPONSIBILITIES ASSOCIATED WITH SYSTEMIC ACCOUNTABILITY AND WHISTLEBLOWER DISCREPANCIES ASSOCIATED WITH THE JUDICIAL CHAMBERS OF THE UNITED STATES OF AMERICA. AS ESTABLISHED SINCE THE FOUNDING OF THE FEDERAL JUDICIARY, SEE. JUDICIARY ACT (1789), THE ADMINISTRATION OF JUSTICE MUST REMAIN ORDERLY, VIGILANT, AND PARTICULARLY STATED, "NOT REPUGNANT TO THE LAWS OF THE UNITED STATES".

THIS APPEAL DIRECTLY CHALLENGES THE BOUNDS OF A VIOLATION OF CONSIDERATIONS PURPORTED BY THE MIDDLE DISTRICT OF FLORIDA FOR THE LIMITATIONS ON THE UNITED STATES INHERENT POWER TO ACT. IT REPRESENTS THE COMPLETE RESTRICTION ON AN APPOINTED ACTOR OVERSTEPPING ITS CONSTITUTIONAL BOUNDARIES TO AFFIRMATIVELY STRIP AWAY A PRO SE LITIGANTS PROCEDURAL POSTURE, DISTINCT FROM A MERE DISPUTABLE CLAIM AS TO GUARANTEE THAT THE UNITED STATES GOVERNMENT WILL AFFIRMATIVELY INTERVENE TO PROTECT AN INDIVIDUAL FROM PERSONAL OR PRIVATE HARMS, SEE. DESHANEY, MINOR, AND MELODY DESHANEY, GUARDIAN AD LITEM V. WINNEBAGO COUNTY DEPARTMENT OF SOCIAL SERVICES, ET. AL. (1989), DOCKET NOS. 109 S.CT. 998, 103 L.ED.2D 249, 1989 U.S. LEXIS 1039, 57 U.S.L.W. 4218, 489 U.S. 189.

**FOR THESE MATTERS.**

DATED: 02 JULY 2026

/SS/ **JOSHUA GONZALEZ**
JOSHUA GONZALEZ
PRO SE LITIGANT
2434 17TH AVENUE NORTH
ST PETERSBURG, FLORIDA 33713
3 1 8 2 2 5 6 8 1 3
JOSHUA.GONZALEZ-ECF@PROTON.ME

PURSUANT TO THE ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE ACT (2000), TITLE 15 U.S.C. § 7001 ET SEQ., ELECTRONIC SIGNATURES CARRY THE SAME LEGAL STANDING, VALIDITY, AND ENFORCEABILITY AS TRADITIONAL HANDWRITTER SIGNATURES. SEE. TITLE 15 U.S.C. § 7001(A)(1), WHICH PROVIDES, "A SIGNATURE, CONTRACT, OR OTHER RECORD RELATING TO SUCH TRANSACTION MAY NOT BE DENIED LEGAL EFFECT, VALIDITY, OR ENFORCEABILITY SOLELY BECAUSE IT IS IN ELECTRONIC FORM". FURTHERMORE, IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 5(D)(3)(C), AN ELECTRONIC SIGNATURE ON A DOCUMENT FILED OR SUBMITTED BY A PRO SE LITIGANT CONSTITUTES THE SIGNERS SIGNATURE FOR ALL PURPOSES UNDER THE FEDERAL RULE OF CIVIL PROCEDURE, INCLUDING RULE 11.

**PLAINTIFF NOTICE OF APPEAL**

Joshua Gonzalez
Pro Se Litigant
2434 17th Avenue North
Saint Petersburg, Florida 33713

SAINT PETERSBURG FL
6 JUL 2026    PM 4   L

FOREVER   USA

United States District Court
801 North Florida Avenue
Tampa, Florida 33602

33602-384999

