UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA GONZALEZ,

      Plaintiff,

v.                                 Case No. 8:26-cv-01054-JLB-AEP

LAKESIDE TOWNHOME ASSOCIATION, INC.,

      Defendant.

_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion to Appeal *In Forma Pauperis* (Doc. 24). Plaintiff, proceeding *pro se*, seeks to appeal the district court's order (Doc. 22) adopting the undersigned's report and recommendation (Doc. 18) that recommended denying Plaintiff's Motion for Default Judgment (Doc. 17). For the following reasons, the Court denies the Motion to Appeal *In Forma Pauperis* with 20 days leave to renew his request to address the deficiencies identified below.

Motions to proceed *in forma pauperis* on appeal are governed by Rule 24 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1915.[1] *DeSantis v. United Techs. Corp.*, 15 F. Supp. 2d 1285, 1287–88 (M.D. Fla. 1998), *aff'd sub nom. DeSantis v. United Techs.*, 193 F.3d 522 (11th Cir. 1999) (citing *Brown v. Pena,* 441 F. Supp. 1382, 1384 (S.D. Fla. 1977), *aff'd,* 589 F.2d 1113 (5th Cir. 1979)). Under Rule 24, a

---

[1] The statute governing proceedings i*n forma pauperis* references actions instituted by prisoners, *see* 28 U.S.C. § 1915, but has been interpreted to apply to all litigants requesting leave to proceed *in forma pauperis*. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 n.1 (11th Cir. 2004).

motion to proceed on appeal *in forma pauperis* must contain an affidavit that: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).

As with a request to proceed *in forma pauperis* in a district court action, a court considering a request to proceed *in forma pauperis* on appeal must keep in mind its mandate to dismiss a case at any time if it determines the action or appeal is frivolous or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). Pursuant to 28 U.S.C. § 1915(a), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "To satisfy this 'good faith' standard, the appealing party must demonstrate that any issue he seeks to pursue is 'not frivolous when examined under an objective standard.'" *Arias v. Moody*, No. 8:18-cv-304-T-23CPT, 2018 WL 4964640, at *2 (M.D. Fla. Aug. 29, 2018), *report and recommendation adopted*, 2018 WL 4964013 (M.D. Fla. Oct. 15, 2018) (quoting *Ghee v. Retailers Nat'l Bank*, 271 F. App'x 858, 859 (11th Cir. 2008)). "An issue is deemed to be 'frivolous' when 'it appears the plaintiff has little or no chance of success.'" *Id.* (quoting *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993)). Thus, an application to appeal *in forma pauperis* may be denied "if it appears — objectively — that the appeal cannot succeed as a matter of law." *DeSantis*, 15 F. Supp. 2d at 1289. If the district court denies a

2

motion to proceed *in forma pauperis* on appeal, the court must state its reasons in writing. Fed. R. App. P. 24(a)(2).

In his Motion, Plaintiff does not include an affidavit that: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). This is required by Rule 24 to succeed on a motion to appeal *in forma pauperis*.

Accordingly, it is hereby

ORDERED:

1.     Plaintiff's Motion to Appeal *In Forma Pauperis* (Doc. 24) is DENIED WITHOUT PREJUDICE.

2.     Within 20 days of the date of this Order, Plaintiff may renew his request to appeal in forma pauperis by including the appropriate affidavit in accordance with Federal Rule of Appellate Procedure 24.

DONE AND ORDERED in Tampa, Florida, on this 9th day of July 2026.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge