UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA GONZALEZ,

Plaintiff,

v. Case No: 8:26-cv-01054-JLB-AEP

LAKESIDE TOWNHOME
ASSOCIATION, INC.,

Defendant.
_______________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 30), recommending that Plaintiff's Motion to Appeal *In Forma Pauperis* (Doc. 28) be denied. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 30) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion to Appeal *In Forma Pauperis* (Doc. 28) is **DENIED**.

**IT IS SO ORDERED** in Tampa, Florida, on October 21, 2026.

John L. Badalamenti
**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE